UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN LYNELL KING,<br><br>              Plaintiff,<br><br>     v.<br><br>CRAIG KOENIG, *et al.*,<br><br>              Defendants. | Case No.  2:21-cv-02250-TLN-JDP (PC)<br><br>ORDER GRANTING PLAINTIFF'S MOTION FOR A SECOND EXTENSION OF TIME<br><br>ECF No. 15 |

   Plaintiff has filed a motion for a second extension of time to file an amended complaint. Good cause appearing, it is hereby ORDERED that:

   1. Plaintiff's motion for an extension of time, ECF No. 15, is granted.

   2. Plaintiff is granted thirty days from the date of this order to file an amended complaint.

IT IS SO ORDERED.


Dated:   March 29, 2022                         _____
                                                JEREMY D. PETERSON
                                                UNITED STATES MAGISTRATE JUDGE