UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN LYNELL KING,<br><br>    Plaintiff,<br><br>    v.<br><br>CRAIG KOENIG, *et al.*,<br><br>    Defendants. | Case No. 2:21-cv-02250-TLN-JDP (PC)<br><br>ORDER GRANTING PLAINTIFF'S MOTION FOR AN EXTENSION OF TIME<br><br>ECF No. 22 |

Plaintiff has filed a motion for an extension of time to file an amended complaint. ECF No. 22. Good cause appearing, it is hereby ORDERED that:

1. Plaintiff's motion for an extension of time, ECF No. 22, is granted.

2. Plaintiff is granted thirty days from the date of this order in which to file an amended complaint.

IT IS SO ORDERED.

Dated:    October 17, 2022

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE