UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN LYNELL KING, | Case No. 2:21-cv-02250-TLN-JDP (PC) |
| Plaintiff, | ORDER GRANTING PLAINTIFF'S MOTION FOR AN EXTENSION OF TIME |
| v. | |
| CRAIG KOENIG, *et al.*, | ECF No. 27 |
| Defendants. | |

Plaintiff has filed a motion for a third extension of time to file an amended complaint. ECF No. 27. Good cause appearing, it is hereby ORDERED that:

1. Plaintiff's motion for an extension of time, ECF No. 27, is granted.

2. Plaintiff is granted thirty days from the date of this order to file an amended complaint.

3. Absent extraordinary circumstances, no further extensions of time will be granted.

IT IS SO ORDERED.

Dated:   January 5, 2023

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE